# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MID-CENTURY INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:22-cv-00089 |
| | ) | Hon. Franklin U. Valderrama |
| TRAVEL ZAP, INC. d/b/a DESTIFY; SUNWING TRAVEL GROUP; BLUE DIAMOND HOTELS AND RESORTS; WHITE DIAMOND HOTELS AND RESORTS LIMITED; PAUL EWEN, as Personal Representative of THE ESTATE OF BABETTE EWEN, deceased; and JOHN DOES 1-30. | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff, MID-CENTURY INSURANCE COMPANY, by and through its attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, and Defendant TRAVEL ZAP, INC., by and through its attorney, Bart Torvik, OFT Food Safety & Injury Lawyers, that this case be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1), all parties to bear their own costs and fees.

Dated: June 23, 2022

/s/ Czarina Powell
Czarina Powell, for Plaintiff
MID-CENTURY INSURANCE COMPANY

/s/ Bart Torvik
Bart Torvik, for Defendant
TRAVEL ZAP, INC. d/b/a DESTIFY