# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:22-cv-00089 |
| ) | Honorable Judge Franklin U. Valderrama |
| TRAVEL ZAP, INC. d/b/a DESTIFY; ) | |
| SUNWING TRAVEL GROUP; BLUE ) | |
| DIAMOND HOTELS AND RESORTS; ) | |
| WHITE DIAMOND HOTELS AND ) | |
| RESORTS LIMITED; PAUL EWEN, ) | |
| as Personal Representative of THE ESTATE ) | |
| OF BABETTE EWEN, deceased; and JOHN ) | |
| DOES 1-30. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, MID-CENTURY INSURANCE COMPANY, by and through its attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, before the filing of any Answer or Motion for Summary Judgment by Defendants, dismisses its case, without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i) as to Defendants: Sunwing Travel Group, Blue Diamond Hotels and Resorts, White Diamond Hotels and Resorts Limited, Paul Ewen, as Personal Representative of the Estate of Babette Ewen, deceased, and John Does 1-30.

Defendant Travel Zap, Inc. is being dismissed concurrently pursuant to a Stipulation of Dismissal.

Date: June 23, 2022

                                                      MID-CENTURY INSURANCE COMPANY

                                                      By: /s/ Danny L. Worker
                                                      One of its Attorneys

Danny L. Worker
Czarina Powell
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
P: (312) 345-1718
F: (312) 345-1778
Dan.Worker@lewisbrisbois.com
Czarina.Powell@lewisbrisbois.com